UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 15-CR-20772-MORENO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

HENRY LORA,

    Defendant.
_____/

## MOTION TO PETITION THE COURT FOR RECOMMENDATION TO BE HOUSED IN MIAMI OR SOUTH FLORIDA

The Defendant, **HENRY LORA**, through undersigned counsel, submits the following and moves this court to grant this Motion to Petition the Court for Recommendation to Be Housed in Miami or South Florida in this case and in support thereof states.

1. The Defendant was sentenced on April 18, 2016.
2. The Defendant has family and a child who live in Miami and it would be essential for the well-being of the child that the Defendant be housed close to remain in contact.
3. The undersigned counsel has conferred with Assistant United States Attorney A. Brendan Stewart who has no objection to the relief sought in this Motion.

**WHEREFORE**, the undersigned counsel prays this Honorable Court will grant this Motion.

1

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was e-filed via CM/ECF and a copy furnished to the Office of the United States Attorney on  April 18, 2016.

                     _/s/Bijan S. Parwareach_____
                     Bijan S. Parwaresch, Esq.
                     Florida Bar #: 127700
                     407 Lincoln Road,
                     Suite 12-E
                     Miami Beach, FL  33139
                     Tel:   305-674-7990
                     Fax:  305-534-7087

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 15-CR-20772-MORENO

**UNITED STATES OF AMERICA,**

    Plaintiff,

vs.

**HENRY LORA,**

    Defendant.
_____/

## ORDER ON MOTION TO PETITION THE COURT FOR RECOMMENDATION TO BE HOUSED IN MIAMI OR SOUTH FLORIDA

**THIS COURT** having considered the Motion to Petition the Court for Recommendation to Be Housed in Miami or South Florida and the Court being satisfied it is hereby

**ORDERED AND ADJUDGED** as follows:

The Motion to Petition the Court for Recommendation to Be Housed in Miami or South Florida  is hereby _____ .

**DONE AND ORDERED** this _____ day of April, 2016, in Miami Dade, County, Florida.

_____
FEDERICO MORENO
UNITED STATES DISTRICT COURT JUDGE