# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

CASE NO.: 15-CR-20772-MORENO

**UNITED STATES OF AMERICA,**

    Plaintiff,

vs.

**HENRY LORA,**

    Defendant.

_____/

## MOTION TO PETITION THE COURT FOR RECOMMENDATION FOR DEFENDANT TO ENTER DRUG PROGRAM

The Defendant, **HENRY LORA**, through undersigned counsel, submits the following and moves this Court to grant this Motion to Petition the Court for Recommendation for Defendant to Enter Drug Program in this case and in support thereof states.

1. The Defendant was sentenced on April 18, 2016.
2. The Defendant has suffered from substance abuse in the past.
3. The Defendant had a prior DUI on January 11, 2009.
4. The undersigned counsel has conferred with Assistant United States Attorney A. Brendan Stewart who has no objection to the relief sought in this Motion.

**WHEREFORE**, the undersigned counsel prays this Honorable Court will grant this Motion.

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing was e-filed via CM/ECF and a copy furnished to the Office of the United States Attorney on April 18, 2016.

    */s/Bijan S. Parwareach*_____
Bijan S. Parwaresch, Esq.
Florida Bar #: 127700
407 Lincoln Road,
Suite 12-E
Miami Beach, FL  33139
Tel:   305-674-7990
Fax:   305-534-7087

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 15-CR-20772-MORENO

**UNITED STATES OF AMERICA,**

       Plaintiff,

vs.

**HENRY LORA,**

       Defendant.

_____/

## ORDER ON MOTION TO PETITION THE COURT FOR RECOMMENDATION FOR DEFENDANT TO ENTER DRUG PROGRAM

**THIS COURT** having considered the Motion to Petition the Court for Recommendation for Defendant to Enter Drug Program and the Court being satisfied it is hereby

**ORDERED AND ADJUDGED** as follows:

The Motion to Petition the Court for Recommendation for Defendant to Enter Drug Program is hereby _____ .

**DONE AND ORDERED** this _____ day of April, 2016, in Miami Dade, County, Florida.

_____
FEDERICO MORENO
UNITED STATES DISTRICT COURT JUDGE