UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-CR-20772-MORENO

UNITED STATES OF AMERICA

vs.

HENRY LORA,

    **Defendant.**

_____/

## GOVERNMENT'S MOTION FOR A RULE 35 REDUCTION

The United States moves to reduce the sentence of defendant Henry Lora pursuant to Rule 35 of the Federal Rules of Criminal Procedure:

1. On September 29, 2015, defendant Henry Lora was charged by indictment with conspiracy to commit health care fraud and wire fraud, in violation of 18 U.S.C. § 1349 (Count 1), and with conspiracy to defraud the United States, receive health care kickbacks, and make false statements relating to health care matters, in violation of 18 U.S.C. § 371 (Count 2).

2. On February 9, 2016, the defendant pleaded guilty to Counts 1 and 2 of the Indictment.

3. On April 18, 2016, the Court sentenced the defendant to 108 months of imprisonment on Count 1 and 60 months of imprisonment on Count 2, and ordered the sentences to run concurrently.

4. The defendant has provided the Government with substantial assistance and as a result of this assistance, the Government recommends a 40% reduction

in the defendant's sentence, equating to a reduction of approximately 44 months to a final sentence of 64 months of imprisonment.

5. Counsel for the government assigned to this case currently works on a permanent basis at the United States Attorney's Office for the Eastern District of New York. In order to facilitate travel to the District and conserve time and resources, the government would request that a hearing on this matter, if the Court should order one, be scheduled for February 28, 2019. Both parties are available on this date, if it is convenient for the Court.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:   /s/ A. Brendan Stewart\_\_ _____
A. BRENDAN STEWART
ASSISTANT CHIEF
Court ID No. A5501801
United States Department of Justice
1400 New York Avenue, N.W.
Washington, D.C. 20530
Phone: (202) 716-1142
brendan.stewart@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 19, 2019, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

By:   /s/ A. Brendan Stewart
A. BRENDAN STEWART
ASSISTANT CHIEF
Court ID No. A5501801
United States Department of Justice
1400 New York Avenue, N.W.
Washington, D.C. 20530
Phone: (202) 716-1142
brendan.stewart@usdoj.gov